# IN THE SUPREME COURT OF THE STATE OF NEVADA

CITY OF CARSON CITY; AND CANNON COCHRAN MANAGEMENT SERVICES, INC., A DELAWARE CORPORATION,

Appellants,

vs.

ALLAN BIDDLE, AN INDIVIDUAL,

Respondent.

No. 84194

FILED

OCT 25 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. James Todd Russell, District Judge
Jill I. Greiner, Settlement Judge
McDonald Carano LLP/Reno
Nevada Attorney for Injured Workers/Carson City
Carson City Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O) 1947

22-33581